MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TOMAS CHAVEZ DIAZ,<br><br>    Defendant. | No. 10-CR-00751-LHK<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE |

    The defendant TOMAS CHAVEZ DIAZ, represented by Arturo Hernandez-M, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for January 16, 2013, be continued to February 20, 2013.

    No other defendants are affected by this request.

    Counsel for the defendant has advised that he is awaiting medical records that may be relevant to his presentation at sentencing. The parties are jointly requesting this continuance.

////

SO STIPULATED:

Dated: January 3, 2013              /S/
                                    Thomas A. Colthurst
                                    Assistant United States Attorney


Dated: January 3, 2013              /S/
                                    Arturo Hernandez-M, Esq.
                                    Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Tomas Chavez Diaz*, scheduled for January 16, 2013, is continued to February 20, 2013, at 10:00 a.m.

DATED: 1/3/13                       *Lucy H. Koh*
                                    THE HONORABLE LUCY H. KOH
                                    United States District Judge