UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 10-CR-0751 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SEEKING CLARIFICATION |
| v. ) | |
| ) | |
| TOMAS CHAVEZ DIAZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Paragraph 15 of Mr. Hernandez-M.'s Response to Defendant's Letter to Court urges the Court to instruct the Santa Clara County Main Jail to provide the report, notes and test results for Defendant's February 26, 2012 doctor's appointment. Paragraph 23 of Ms. Catia Avila's Declaration states that Defendant's next appointment is February 27, 2013. By February 13, 2013, Mr. Hernandez-M. shall please file a statement clarifying whether the report, notes, and test results needed by Defendant are for a doctor's appointment on February 26, 2012 (nearly a year ago) or February 27, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CR-0751
ORDER SEEKING CLARIFICATION