# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMAS CHAVEZ DIAZ,<br><br>　　　　Defendants.<br>_____/ | No. CR 10-00751-LHK<br><br>**ORDER SEEKING FURTHER CLARIFICATION** |

Mr. Hernandez-M's Clarification does not clarify whether he is requesting the report, notes, and test results for Defendant's doctor's appointment a year ago, on February 26, 2012, or from his next doctor's appointment which will take place on February 27, 2013. Did Paragraph 15 of Mr. Hernandez-M.'s Response to Defendant's Letter to Court contain a typographical error when it requested the report, notes and test results for Defendant's February 26, 2012 doctor's appointment? Mr. Hernandez-M. is requested to file further clarification by February 15, 2013.

**IT IS SO ORDERED**.

Dated: February 13, 2013

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge